1  Michael J. Miller, VA Bar No. 19171
   J. Christopher Ide, VA Bar No. 19307
2  THE MILLER FIRM
   105 North Alfred Street,
3  Alexandria, Virginia 22314
   Telephone: (703) 519-8080
4  Facsimile: (703) 519-8084

5  Attorneys for Plaintiff

8  UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 (SAN FRANCISCO DIVISION)

| PATRICIA FREEMAN, | MDL NO. 1699 |
|---|---|
| Plaintiff, | **District Judge: Charles R. Breyer** |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF PATRICIA FREEMAN** |
| PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC, | Case No. 06-CV-05857-CRB |
| Defendants. | |

Come now the Plaintiff and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of Plaintiff, Patricia Freeman from this action without prejudice with each side bearing its own attorney's fees and costs.

Should Plaintiff or a representative of Plaintiff's attempt to re-file claim against Defendant's, they should do so only by re-filing in the United States District Court.

COMPLAINT

1
2  Dated: January 22, 2007                    Respectfully submitted,
3                                             THE MILLER FIRM
4                                             By: _____
5                                                 J. CHRISTOPHER IDE
6
7                                             Michael J. Miller, VA Bar No. 19171
                                              J. Christopher Ide , VA Bar No. 19307
8                                             THE MILLER FIRM
                                              105 North Alfred Street,
9                                             Alexandria, Virginia 22314
                                              Telephone: (703) 519-8080
10                                            Facsimile: (703) 519-8084
11
                                              Attorneys for Plaintiffs
12
13 Dated: 1/26/07                             Respectfully submitted,
14                                            GORDON & REES
15
16                                            By: _____
                                                  STUART M. GORDON
17
18                                            CA Bar No. 37477
                                              GORDON & REESE
19                                            275 Battery Street, Ste. 2000
                                              San Francisco, CA 94111
20                                            Telephone: (415) 986-5900
                                              Facsimile: (415) 262-3801
21
                                              Attorneys for Defendants
22
23 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED**
24
   Dated: January 31, 2007
25
26                                            _____
27                                            Hon.
                                              Unite
28

*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

COMPLAINT